| | |
|---|---|
| UNITED STATE DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>MIGUEL MARTINEZ, on behalf of himself<br>and all other persons similarly situated,<br>           Plaintiffs,<br><br>-against-<br><br>INSTITUTE FOR THE PUERTO RICAN/HISPANIC ELDERLY, INC., ACACIA NETWORK, INC., LUZ M. CHANCI GARCIA (a/k/a LUCY GARCIA), and, SULEIKA C DRINANE (a/k/a SULEIKA CABRERA DRINANE),<br><br>           Defendants. | Index No.: 1:22-cv-04365(DG)(PK)<br><br>PLAINTIFFS' NOTICE OF ACCEPTANCE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |

On November 10, 2023, Defendants INSTITUTE FOR THE PUERTO RICAN/HISPANIC ELDERLY, INC., ACACIA NETWORK, INC., LUZ M. CHANCI GARCIA (a/k/a LUCY GARCIA), and, SULEIKA C DRINANE (a/k/a SULEIKA CABRERA DRINANE), (hereinafter collectively will be referred to as "Defendants") served, an offer of judgment that that Defendants, jointly and severally, shall be obligated to pay shall be $31, 000.00, inclusive of interest, fees and costs to Plaintiffs and Plaintiffs' counsel as set forth therein.

## **PLAINTIFFS' NOTICE OF ACCEPTANCE**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned counsel, hereby timely accept and provide notice that they have timely accepted the Defendants' Offer of Judgment in this matter, as shown above, and respectfully request that the Court schedule a briefing schedule and/or hearing to award of attorneys' fees and costs at the earliest opportunity.

Dated: November 10, 2023  
        Astoria, New York

Signed,

By:     */s/ Clifford Tucker*
    Clifford Tucker, Esq.
    Sacco & Fillas LLP
    *Attorneys for Plaintiffs*
    31-19 Newtown Ave., 7th Floor
    Astoria, New York 11102
    Ph: 718-269-2243
    CTucker@SaccoFillas.com