UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MIGUEL MARTINEZ, on behalf of himself and all other persons similarly situated,
           Plaintiffs,

-against-

INSTITUTE FOR THE PUERTO RICAN/HISPANIC ELDERLY, INC., ACACIA NETWORK, INC., LUZ M. CHANCI GARCIA (a/k/a LUCY GARCIA), and, SULEIKA C DRINANE (a/k/a SULEIKA CABRERA DRINANE),

           Defendants.

Index No.: 1:22-cv-04365(DG)(PK)

JUDGMENT

On November 10, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff MIGUEL MARTINEZ have judgment against Defendants INSTITUTE FOR THE PUERTO RICAN/HISPANIC ELDERLY, INC., ACACIA NETWORK, INC., LUZ M. CHANCI GARCIA (a/k/a LUCY GARCIA), and, SULEIKA C DRINANE (a/k/a SULEIKA CABRERA DRINANE), jointly and severally, in the amount of Thirty One Thousand Dollars and Zero Cents ($31,000.00) which is inclusive of attorneys' fees and costs and interest.

           BRENNA B. MAHONEY
           CLERK OF COURT

Dated: Brooklyn, New York
      November 15, 2023

by: _____*Jalitza Poveda*_____
           Deputy Clerk